UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BIO-BOTANICA, INC.,

                    Plaintiff,                    Civil Action No.: 21-cv-1147-KAM-ARL

    -against-

                                                          **RULE 7.1 DISCLOSURE**

KARMAGREEN, LLC d/b/a MT LOTZ and MT
BRANDS,

                    Defendant.

------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Karamagreen LLC in the above captioned action certifies that there are no parents, trusts, subsidiaries, or affiliates of these parties which are publicly held, and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated:  April 26, 2021                            Respectfully submitted,

                                                          By:   */s/John P. Curley*
                                                                   John P. Curley
                                                                   Hoguet Newman Regal & Kenney, LLP
                                                                   One Grand Central Place
                                                                   60 East 42nd Street, 48th Floor
                                                                   New York, NY 10165
                                                                   Tel: 212.689.8808
                                                                   jcurley@hnrklaw.com

                                                                   David E. Weslow*
                                                                   A. Neal Seth*
                                                                   Spencer Brooks*
                                                                   Wiley Rein LLP
                                                                   1776 K Street, NW
                                                                   Washington, DC 20006
                                                                   Tel: 202.719.7000

                                                              Fax: 202.719.7049
                                                              dweslow@wiley.law
                                                              nseth@wiley.law
                                                              scbrooks@wiley.law

                                           *Pro hac vice applications forthcoming*

                                           *Attorneys for Defendant Karmagreen, LLC*